IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia

| | | |
|---|---|---|
| Robin H. Gray, | ) | |
|     As Administrator/Personal | ) | |
|     Representative of the Estate and | ) | |
|     Next of Kin of Kamal B. Abbadi, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 1:07cv448 |
| | ) | |
| Kingdom of Saudi Arabia, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

## ORDER

It is hereby ORDERED that the consent motion to stay all proceedings for 30 days (docket no. 5) is DENIED.  The deadline for filing a motion to remand is extended to July 2, 2007.

Entered this 18th day of June, 2007.

_____
/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia