IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ROBIN H. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-448 |
| | ) | |
| KINGDOM OF SAUDI ARABIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the pleadings and for good cause shown, it is

ORDERED that the Defendants' Motion to Stay (Dkt. 12) is GRANTED-in-part and DENIED-in-part. On June 5, 2007, upon motion by Plaintiff, the Court granted an extension of time for Plaintiff to object to removal to federal court from the June 4, 2007 deadline until June 15, 2007. On June 18, 2007, the Court denied Defendants' motion to stay all proceedings for thirty days and extended the deadline for filing a motion to remand to July 2, 2007. On June 20, 2007, again upon Defendants' motion for an extension of time, the Court granted an extension until July 9, 2007 for parties to file their respective motions.

In the instant motion, Defendants seek to stay all proceedings to allow Defendants time to obtain approval from the Kingdom of Saudi Arabia for the parties' proposed settlement agreement. Defendants represent that a stay would allow them to settle the case without incurring the expense of dispositive motions or filing a joint discovery plan. While discovery in the case does not close until October 12, 2007, the parties in their pleading gave the Court no confidence that settlement would be forthcoming in any reasonable time period. Therefore, the Court finds that only a discrete

extension of the period for both parties to file their respective briefs is appropriate.  Thus it is

ORDERED that the parties have until Monday, 5:00 p.m. on July 23, 2007 to file their respective motions as they also continue to pursue settlement, and the Court denies the remainder of Defendants' motion.

ENTERED this 6th day of July, 2007.

_____/s/_____
Liam O'Grady
United States Magistrate Judge

Alexandria, Virginia